**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Vicente RIOS–RIOS, a.k.a. Vicente Rios, a.k.a. Mario Hernandez a.k.a. Mario Rios, Defendant—Appellant.**

**No. 08–10199.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 1, 2008.*

Filed Dec. 9, 2008.

Sarah L. Hartnett, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Juan Rocha, Federal Public Defenders Office, Yuma, AZ, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

UNITED STATES of America,
Plaintiff—Appellee,

v.

**Jesus Taitano SABLAN, Defendant—
Appellant.**

No. 08–10045.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 17, 2008.

Filed Dec. 9, 2008.

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

### MEMORANDUM **

Appellant pled guilty to an indictment charging illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). On appeal, appellant argues that the district court erroneously failed to inform him that, were he to proceed to a jury trial, the government would be required to prove beyond a reasonable doubt that he was convicted of a prior offense. Appellant concedes that this argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *See also United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000).

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.